2017 ND 224

**STATE of North Dakota, Plaintiff and Appellee**

v.

**Wade Laurence DUCHAINE, Defendant and Appellant**

No. 20170037

Supreme Court of North Dakota.

Filed 9/20/2017

Jeremy A. Ensrud, Minot, N.D., for plaintiff and appellee.

Scott O. Diamond, Fargo, N.D., for defendant and appellant.

Per Curiam.

[¶ 1] Wade Duchaine appeals from a criminal judgment entered after a jury found him guilty of burglary. Duchaine argues the district court abused its discretion in denying his motion for a change of venue and the guilty verdict is not supported by sufficient evidence. We summarily affirm under N.D.R.App.P. 35.1(a)(3) and (4).

[¶ 2] Gerald W. VandeWalle, C.J.

Lisa Fair McEvers

Daniel J. Crothers

Jerod E. Tufte

Jon J. Jensen